[No. 19188.  Department Two.  July 2, 1925.]

C. W. HAVERY, *Respondent*, v. OZRO F. FINCH *et al.*, *Appellants.*[1]

Appeal from a judgment of the superior court for King county, Smith, J., entered October 20, 1924, in favor of the plaintiff, in an action to foreclose a mechanics' lien, tried to the court. Affirmed.

*George E. de Steiguer*, for appellants.

*B. B. Moser*, for respondent.

PER CURIAM.—The judgment in this case, brought for the purpose of determining the amount due on a building contract, will have to be reduced in the sum of $217, we finding that the appellants are entitled to credit in that sum for defects in the garage runway, steps, basement, drain and plastering. With this modification, the judgment and decree will be affirmed.

[1]Reported in 237 Pac. 1118.